Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Keomanee Sisounthone

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| KEOMANEE SISOUNTHONE,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A..; et. al.,<br><br>Defendants. | Case No.: 5:17-CV-05409-BLF<br>*Assigned to the Honorable Beth Labson Freeman*<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Keomanee Sisounthone and defendant Capital One Bank (USA), N.A. ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  January 17, 2018            **SAGARIA LAW, P.C.**

                                    By:  _/s/ Elliot W. Gale_
                                            Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Nick Rushing

DATED:  January 17, 2018            **DOLL AMIR & ELEY LLP**

                                    By:  _/s/ Chelsea Diaz_
                                            Chelsea Diaz
                                    Attorneys for Defendant
                                    Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

                                    _/s/ Elliot Gale_

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Capital One is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 18, 2018

_____
BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE